IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY DEANDRE JOYNER, | ) | |
| | ) | |
| Defendant. | ) | |

Defense counsel shall file a response to defendant's motion [D.E. 39] not later than June 10, 2022.

SO ORDERED. This 26 day of May, 2022.

JAMES C. DEVER III
United States District Judge